## AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

### INTRODUCTION

I, Heather Call, being first duly sworn state:

1.     Your affiant, Heather Call, employed with the Newport News Police Department (NNPD) since June, 2004, and more specifically with the Special Victims Unit since July, 2011. This assignment has afforded me the opportunity to investigate and/or arrest and prosecute numerous individuals for crimes relating to the neglect and abuse of children in violation of the Virginia (VA) State Code. I have previously been involved in criminal investigations concerning violations of federal laws. Those investigations included, but are not limited to, child exploitation and child pornography. Since joining the NNPD your affiant has attended specialized training courses in child/adolescent interviewing, human trafficking, identifying and seizing electronic evidence, and computer forensic, recovery, and social site investigations.

2.     I am currently assigned as a Master Police Detective with the Newport News Police Department, Criminal Investigations Division, Special Victims Unit, as well as a Task Force Officer (TFO) assigned to the Federal Bureau of Investigation, Norfolk Division Child Exploitation Task Force. I have participated in investigations involving sexual assaults, persons who collect and distribute child pornography, and the distribution of materials relating to the sexual exploitation of children. I have received training from the FBI in the areas of sexual assaults and child exploitation, and I have reviewed images and videos of child pornography in a wide variety of media forms, including computer media. I have also discussed and reviewed these materials with other law enforcement officers.

3.     I was deputized as a Special Deputy United States Marshal on June 16, 2014. As a Special Deputy United States Marshal, your Affiant is authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4.     This affidavit supports an application for a criminal complaint charging **STEVEN HUNTER DOUGLAS**, with Transportation of Child Pornography, in violation of Title 18, United States Code, § 2252A(a)(1).

5.     This affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement officers. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **STEVEN HUNTER DOUGLAS**, has committed a violation of Title 18, United States Code, § 2252A(a)(1).

## STATUTORY AUTHORITY AND DEFINITIONS

6.      This investigation concerns alleged violations of Title 18, United States Code, § 2252A(a)(1), relating to transportation of child pornography.  Title 18, U.S.C. § 2252A(a)(1) makes it a federal criminal offense to knowingly mail, or transport or ship using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography.

7.      The term "computer," as used herein, is defined pursuant to Title 18, United States Code, Section 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

## FACTS AND CIRCUMSTANCES

8.      On March 19, 2024, the National Center for Missing and Exploited Children (NCMEC) received Cybertipline report 189870015 and subsequently passed it to Bedford County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force.  In the Cybertipline report, Discord reported a user with the phone number +17274390220, email address sdouglas2022.sd@gmail.com, and username scottydoesntknow23 uploaded one file containing child sexual abuse material (CSAM) on March 19, 2024 at 18:44:18 UTC.  The IP address was captured as 70.104.170.133 on March 19, 2024, at 18:25:33 UTC.   The ESP viewed the entire contents of the uploaded file, therefore your affiant also viewed the file.

   a. The image file, named 2010x11x17x19x01x27xGEDC1042.jpg, was of a prepubescent/early pubescent female wearing only a top.  She is sitting down with her knees bent and legs spread open, exposing her genitals to the camera.  Around her are several stuffed toys.

9.      On April 24, 2024, the National Center for Missing and Exploited Children (NCMEC) received Cybertipline report 192299629 and subsequently passed it to Bedford County Sheriff's Office Internet Crimes Against Children (ICAC) Task Force.  In the Cybertipline report, Discord reported a user with the email address sdouglas2024.sd@gmail.com, and username scottydoesntknow24 uploaded one file containing child sexual abuse material (CSAM) on April 9, 2024 at 20:29:58 UTC.  The IP address was captured as 108.26.126.81 on April 9, 2024, at 20:29:58 UTC.  The ESP viewed the entire contents of the uploaded file, therefore your affiant also viewed the file.

   a. The video file, named 808e0927-a40d-43af-a490-46d7d94ee2eb.mp4, is of a young female juvenile wearing a leotard doing gymnastic moves on the screen of a computer sitting on a desk.  The person filming the video moves the camera away from the computer screen and you are able to see he is masturbating.  He then ejaculates on the floor.

10.     On May 22, 2024, an administrative subpoena was served on Verizon Fios for account information belonging to 70.104.170.133 on March 19, 2024, at 18:25:33 UTC.  Verizon

Fios provided the account holder as **STEVEN DOUGLAS**, 68 Silverwood Dr, Newport News, Virginia, 23608. In addition, they provided his daytime phone number as 727-439-0220 and his email address as sdouglas89.sd@gmail.com.

11.     On July 8, 2024, an administrative subpoena was served on Verizon Fios for account information belonging to 108.26.126.81 on April 9, 2024, at 20:29:58 UTC. Verizon Fios provided the account holder as **STEVEN DOUGLAS**, 68 Silverwood Dr, Newport News, Virginia, 23608. In addition, they provided his daytime phone number as 727-439-0220 and his email address as sdouglas89.sd@gmail.com.

12.     Your affiant checked **STEVEN DOUGLAS** through the Virginia Department of Motor Vehicles (DMV) and found his listed address as 68 Silverwood Dr, Newport News, Virginia, 23608. In addition, your affiant reviewed his driver's license photograph.

13.     On September 23, 2024, at approximately 7:15 am, your affiant conducted surveillance at 68 Silverwood Dr, Newport News, Virginia, 23608. Your affiant observed three vehicles parked in the driveway. One was a white Chevy truck bearing Virginia registration UXV9140. A check with the Virginia DMV found this vehicle to be rented through Enterprise Fleet Management.  The second vehicle was a silver Lincoln bearing Virginia registration AEU3366. A check with the Virginia DMV found this vehicle to be registered to Emily Nicole Douglas, 68 Silverwood Dr, Newport News, Virginia, 23608. The last vehicle was a white Chevy SUV bearing Virginia registration UBB6914. A check with the Virginia DMV found this vehicle to be registered to **STEVEN HUNTER DOUGLAS**, 68 Silverwood Dr, Newport News, Virginia, 23608.

14.     A check on social media located a Facebook page in the name Steven Hunter Douglas. The male appeared to be **STEVEN DOUGLAS**. On May 23, 2020, an image of a toddler was posted on this page with a comment that read, "[Juvenile's name redacted]'s hair is so hot right now!" On June 18, 2024, he posted a video of himself on the floor with two young female juveniles. One appeared to be a toddler and the other appeared to be around 5 or 6 years old.

15.     A check with a Newport News Police school resource sergeant found a female child enrolled with the same name as mentioned in Paragraph 14. That child's listed father was **STEVEN DOUGLAS**, with an address of 68 Silverwood Dr, Newport News, Virginia, 23608. His contact number listed was 727-439-0220.

## CONCLUSION

Based upon the facts set forth above, I submit that probable case exists to believe **STEVEN HUNTER DOUGLAS**, has violated Title 18, United States Code, § 2252A(a)(1) which prohibits knowing transportation of child pornography (and any visual depictions of and involving the use of a minor engaging in sexually explicit conduct) in interstate or foreign commerce.

3

FURTHER YOUR AFFIANT SAYETH NOT.

Heather Call
Task Force Officer
FBI Child Exploitation Task Force
Federal Bureau of Investigation

This affidavit has been reviewed for legal sufficiency by Assistant United States Attorney Devon Heath.

Reviewed:

Devon Heath
Assistant United States Attorney

Subscribed and sworn to before me this 26th day of September 2024, in the City of Norfolk, Virginia.

Douglas E. Miller
UNITED STATES MAGISTRATE JUDGE

4